UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CESAR SILVA,

    Plaintiff,

v.                                            Case No. 2:21-cv-301-SPC-NPM

SURGERY CENTRE OF SW FLORIDA, LLC,

    Defendant.

## ORDER

Before the Court is an unopposed motion to allow for Defendant's client representative to appear at the settlement conference virtually with defense counsel participating in person (Doc. 21). In support of its motion Defendant cites to, among other things, childcare burdens. (Doc. 21, pp. 2-3). The Court will allow the Defendant's representative to appear telephonically at the settlement conference on October 18, 2021.

The Court cautions Defendant's representative that an extra and sustained degree of mindfulness will be required for her telephonic participation to be worthwhile for everyone involved, and that it expects Defendant's representative to participate in the settlement conference in good faith and as if she were appearing in

person. If circumstances warrant, the Court may reset the settlement conference for an in-person hearing.

The Defendant's representative is directed to carefully select her location to ensure the absence of interruptions or distractions. Furthermore, she is to remain at a fixed location throughout the entire settlement conference. Instructions for Defendant's representative to dial in will be sent separately. Accordingly, the unopposed motion is **GRANTED**.

**ORDERED** in Fort Myers, Florida on October 5, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE